PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

WILLIAM JOSIAH SCRIVNER,

    Defendant.

CASE NO. 2:22-mj-0064 AC

SEALING ORDER

**UNDER SEAL**

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: April 25, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER