HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
WILLIAM JOSIAH SCRIVNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-CR-108-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO SET JURY TRIAL AND RELATED DATES** |
| vs. | ) |
| WILLIAM JOSIAH SCRIVNER, | ) Date: July 21, 2022<br>) Time: 9:30 A.M.<br>) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Scrivner, that the below-detailed trial dates may be set in this matter. The parties specifically stipulate as follows:

- The government filed a complaint against Mr. Scrivner on April 25, 2022, charging him with violating 18 U.S.C. § 922(g)(1). His initial appearance took place on April 28, 2022, at which time Mr. Scrivner entered a not-guilty plea. His detention hearing was held on May 06, 2022; after considering the parties' arguments, the magistrate judge ordered Mr. Scrivner detained. ECF Nos. 1, 6, 7.

- The government filed a two-count indictment against Mr. Scrivner on May 26, 2022, charging him with violating 21 U.S.C. § 841(a)(1) (possession with intent to distribute

methamphetamine) and 18 U.S.C. § 922(g)(1) (felon in possession of a firearm); Mr. Scrivner was arraigned on the indictment on June 01, 2022. ECF Nos. 12, 15.

- On July 08, 2022, the defense relayed to the government that Mr. Scrivner intended to invoke his right to a speedy trial. The parties agree that the requested August 15, 2022 trial date is within the Speedy Trial Act 70 day period.
- At the parties' request, the Court set a trial setting / trial confirmation hearing ("TCH") for July 14, 2022, and vacated the previously-set status conference. ECF No. 16.
- Defense counsel has relayed to the government and the Court that she is ill and therefore is requesting that the TCH be continued one week to July 21, 2022. The government does not object to the continuance.
- The parties therefore respectfully request that the Court set the following dates in this matter, which the parties estimate will take four court days:
  - July 21, 2022, at 9:30 a.m: Trial setting / trial confirmation hearing;
  - July 25, 2022: Motions in limine due; and
  - August 15, 2022, at 9:00 a.m.: Trial commencement date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 13, 2022

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
WILLIAM JOSIAH SCRIVNER

Date: July 13, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

# O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 13, 2022

Troy L. Nunley
United States District Judge