HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
WILLIAM JOSIAH SCRIVNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-108-TLN |
| Plaintiff, | **ORDER TO SEAL DOCUMENT (ATTORNEY DECLARATION: EXHIBIT A)** |
| vs. | Judge: Hon. Troy L. Nunley |
| WILLIAM JOSIAH SCRIVNER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A (Sinha Declaration) is GRANTED, so that private medical information is not placed on the public docket. Defense counsel is ORDERED to provide Exhibit A to government counsel.

Exhibit A shall remain UNDER SEAL.

Dated: July 26, 2022

Troy L. Nunley
United States District Judge

-1-