1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   JUSTIN L. LEE
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,            CASE NO. 2:22-CR-108-TLN
12
                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
13                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
                  v.                     FINDINGS AND ORDER
14
   WILLIAM JOSIAH SCRIVNER,             DATE: September 15, 2022
15                                       TIME: 9:30 a.m.
                        Defendant.       COURT: Hon. Troy L. Nunley
16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for status on September 15, 2022.

21        2.    By this stipulation, defendant now moves to continue the status conference until October

22 6, 2022, at 9:30 a.m., and to exclude time between September 15, 2022, and October 6, 2022, under

23 Local Code T4.

24        3.    The parties agree and stipulate, and request that the Court find the following:

25        a)    The government has represented that the discovery associated with this case

26 includes over 12 gigabytes of evidence in electronic form, including body camera footage,

27 pictures, police reports, criminal history documents, and other related documents. All of this

28 discovery has been either produced directly to counsel and/or made available for inspection and

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

copying.

b)      Counsel for defendant desires additional time to consult with her client, conduct investigation and research related to the charges, continue her review of the evidence with her client, discuss potential resolutions with her client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 15, 2022 to October 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1   //

2       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4   must commence.

5       IT IS SO STIPULATED.

6

7   Dated:  September 13, 2022                    PHILLIP A. TALBERT
                                                   United States Attorney
8

9                                                  /s/ ADRIAN T. KINSELLA
                                                   ADRIAN T. KINSELLA
10                                                 JUSTIN L. LEE
                                                   Assistant United States Attorneys
11

12
    Dated:  September 13, 2022                     /s/ CHRISTINA SINHA
13                                                 CHRISTINA SINHA
                                                   Assistant Federal Defender
14                                                 Counsel for Defendant
                                                   WILLIAM JOSIAH SCRIVNER
15

16

17

18                                    **ORDER**

19      IT IS SO FOUND AND ORDERED this 14th day of September, 2022.

20

21

22

23                                                 _____
                                                   Troy L. Nunley
24                                                 United States District Judge

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT